B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pitcairn Properties Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**23-3023452** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**165 Township Line Rd**<br>**Jenkintown, PA**<br>ZIP CODE **19046** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Montgomery** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  **Real Estate Development**

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
- [x] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [x]<br>1-49 | [ ]<br>50-99 | [ ]<br>100-199 | [ ]<br>200-999 | [ ]<br>1,000-5,000 | [ ]<br>5,001-10,000 | [ ]<br>10,001-25,000 | [ ]<br>25,001-50,000 | [ ]<br>50,001-100,000 | [ ]<br>Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ]<br>$0 to $50,000 | [ ]<br>$50,001 to $100,000 | [ ]<br>$100,001 to $500,000 | [ ]<br>$500,001 to $1 million | [ ]<br>$1,000,001 to $10 million | [ ]<br>$10,000,001 to $50 million | [ ]<br>$50,000,001 to $100 million | [x]<br>$100,000,001 to $500 million | [ ]<br>$500,000,001 to $1 billion | [ ]<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [ ]<br>$0 to $50,000 | [ ]<br>$50,001 to $100,000 | [ ]<br>$100,001 to $500,000 | [ ]<br>$500,001 to $1 million | [ ]<br>$1,000,001 to $10 million | [x]<br>$10,000,001 to $50 million | [ ]<br>$50,000,001 to $100 million | [ ]<br>$100,000,001 to $500 million | [ ]<br>$500,000,001 to $1 billion | [ ]<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Pitcairn Properties Holdings, Inc.** | |
|---|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Name of Debtor(s): |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Pitcairn Properties Holdings, Inc. |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C § 1515 are attached |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____ Signature of Debtor | X _____ (Signature of Foreign Representative) |
| X _____ Signature of Joint Debtor | _____ (Printed Name of Foreign Representative) |
| _____ Telephone Number (if not represented by attorney) | |
| _____ Date | _____ Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____ Signature of Attorney for Debtor(s) **James L. Patton, Jr. (No. 2202)** Printed Name of Attorney for Debtor(s) **Young Conaway Stargatt & Taylor, LLP** Firm Name **The Brandywine Building, 1000 West Street** Address **17th Floor, Wilmington, DE 19801** _____ Telephone Number **(302) 571-6600** Date **9/ 1 /2010** *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address _____ X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) |
|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. |
| The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| X _____ Signature of Authorized Individual **Salah A. Mekkawy** Printed Name of Authorized Individual **Chief Executive Officer** Title of Authorized Individual **9/ 1 /2010** Date |

| In re: | Chapter 11 |
|---|---|
| **PITCAIRN PROPERTIES HOLDINGS, INC.** | **Case No. _____** |
| **Debtor.** [1] | |

## LIST OF CREDITORS HOLDING UNSECURED CLAIMS

Pitcairn Properties Holdings, Inc., the debtor and debtor-in-possession herein (the "Debtor"), filed a voluntary petition in this Court for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"). This list of all creditors holding unsecured claims (the "Top 20 List") has been prepared from the Debtor's books and records as of August 31, 2010.

The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 case. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in section 101(31) of the Bankruptcy Code; or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty (20) largest unsecured claims.[2]

The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtor. The information presented herein, including, without limitation (a) the failure of the Debtor to list any claim as contingent, unliquidated, disputed or subject to a setoff or (b) the listing of any claim as unsecured does not constitute an admission by the Debtor that any secured creditors listed hold any deficiency claims, nor does it constitute a waiver of the Debtor's rights to contest the validity, priority, nature, characterization and/or amount of any claim.

---

[1] The last four digits of the Debtor's federal tax identification number are 3452. The address for the Debtor is 165 Township Line Rd., Jenkintown, PA 19046.

[2] PPH Investments LLC, the sole Preferred Stockholder of the Debtor, claims to be owed $7,563,994 in unpaid accrued quarterly dividends. Because the Preferred Stockholder also claims as a remedy for the unpaid dividends the right to nominate a majority of the Board of Directors of the Debtor, the Preferred Stockholder may be an insider and thus has not been included in the below list of non-insider creditors.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| 1. | Wells Fargo Bank, N.A. Broad Street Philadelphia, PA Attn: Harry Ellis, Senior Vice President | Rosetta B. Packer, Esquire McCarter & English, LLP 1735 Market Street, Suite 700 Philadelphia, PAA 19103 (215) 979-3840 | Letter of Credit, Line of Credit | | $10,300,000 |
| 2. | Daniel J. Maguire 608 W. Wayne Avenue Wayne, PA 19087 | Daniel J. Maguire 608 W. Wayne Avenue Wayne, PA 19087 610-721-4976 | Note Payable | | $415,002 |
| 4. | Pitcairn Financial Group 165 Township Line Road, Ste 3000 Jenkintown, PA 19046 | Pitcairn Financial Group Attn: David Nave 165 Township Line Road, Ste 3000 Jenkintown, PA 19046 215-881-6080 | Tax Preparation Fees | | $30,000 |
| 5. | Bank of America P.O. Box 105484 Atlanta, GA 40448-5484 | Bank of America Attn: Ruth Rodriguez-Wilson VA6-100-06-40 One Commercial Place Norfolk, VA 23510-2101 757-441-4416 | Guarantee | Unliquidated, Contingent | N/A |
| 6. | Anglo-Irish Bank Corporation Limted Stephen Court 18/21 St. Stephen's Green Dublin 2 Ireland | Anglo Irish NY Corporation Anglo Irish Bank Attn: Aaron Lazovik 222 East 41st Street 24th Floor New York, NY 10017 212-503-2687 | Guarantee | Unliquidated, Contingent | N/A |
| 7. | Morgan Stanley Mortgage Capital, Inc. 1221 Avenue of the Americas 27th Floor New York, New York 10020 | Morgan Stanley Mortgage Capital, Inc. Attn: Stephen Holmes 1221 Avenue of the Americas 27th Floor New York, New York 10020 | Guarantee | Unliquidated, Contingent | N/A |

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PITCAIRN PROPERTIES HOLDINGS, INC. | Case No. _____ |
| Debtor. | |

## DECLARATION CONCERNING DEBTOR'S
## LIST OF CREDITORS HOLDING UNSECURED CLAIMS

I, Salah A. Mekkawy, Chief Executive Officer of Pitcairn Properties Holdings, Inc., a Delaware corporation, and the debtor and debtor-in-possession herein (the "Debtor"), declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing List of Creditors Holding Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Date: September 1, 2010

Salah A. Mekkawy
Chief Executive Officer
Pitcairn Properties Holdings, Inc.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re:<br><br>PITCAIRN PROPERTIES HOLDINGS, INC.<br><br>Debtor. [1] | Chapter 11<br><br>Case No. _____ |
| --- | --- |

## DEBTOR'S OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rules 1007(a) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Pitcairn Properties Holdings, Inc., the debtor and debtor-in-possession herein (the "Debtor"), states that the following parties own 10% or more of the specified classes of outstanding equity interests of the Debtor:

### PREFERRED STOCK

| Stockholder | Shares | Percentage |
| --- | --- | --- |
| PPH Investments LLC<br>clo ELB Capital Management, LLC<br>2929 Arch Street, Suite 675<br>Philadelohia, PA 19104 | 21,645 | 100%<br>/ |

### COMMON STOCK

| Stockholder | Shares | Percentage |
| --- | --- | --- |
| Ventry Industries<br>Attn: Mr. Stephen A. Davis<br>One Monarch Place<br>14th Flr., Ste 1450<br>Springfield, MA 01114 | 13,381 | 18.57% |
| MWS Group Limited Partnership<br>Attn: Mr. Willard McCardell<br>c/o Innatech<br>750 Letica Drive<br>Rochester, MI 48307 | 12,108 | 16.81% |
| Regency Capital, LLC<br>Attn: Mr. Salah A. Mekkawy<br>41 Elm Street<br>Suite 1C<br>Morristown, NJ 07960 | 10,553 | 14.65% |

---

[1] The last four digits of the Debtor's federal tax identification number are 3452. The address for the Debtor is 165 Township Line Rd., Jenkintown, PA 19046.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
| --- | --- |
| PITCAIRN PROPERTIES HOLDINGS, INC. | Case No. _____ |
| Debtor. | |

## DECLARATION CONCERNING DEBTOR'S OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Salah A. Mekkawy, Chief Executive Officer of Pitcairn Properties Holdings, Inc., a Delaware corporation, and the debtor and debtor-in-possession herein (the "Debtor"), declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing Debtor's Ownership Statement Pursuant to Rules 1007(a) and 7007.1 of the Federal Rules of Bankruptcy Procedure and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Date: September __1__, 2010

Salah A. Mekkawy
Chief Executive Officer
Pitcairn Properties Holdings, Inc.

# PITCAIRN PROPERTIES, INC.

## RESOLUTIONS

### July 22, 2010

At a special meeting of the Board of Directors of Pitcairn Properties, Inc. ("Corporation") held on July 22, 2010, after proper notice, the following resolutions were adopted:

WHEREAS, the Board of Directors (the "Board") of Pitcairn Properties Holdings, Inc. (the "Corporation") has engaged in discussions with PPH Investments, LLC ("Investor") and its representatives regarding Investor's holdings of Series A Convertible Redeemable Preferred Stock ("Preferred Stock"); and

WHEREAS, the Board has designated and established a Special Committee of the Board comprised of James F. Jungé, Salah A. Mekkawy and Robert L. Roy, Chairman (the "Special Committee") to conduct and oversee discussions and negotiations on behalf of the Board and Company with Investor; and

WHEREAS, the Board desires to authorize the Special Committee to take whatever actions are necessary and appropriate to prevent the dilution of shareholder value that would likely result in the event that the Investor exercised its board stacking rights as stated in the letter dated July 1, 2010 from PPH Investment Management, LLC, including but not limited to the filing of a voluntary petition for reorganization pursuant to Chapter 11 of Title 11 of the United States Code, as amended.

NOW THEREFOR, BE IT:

RESOLVED, that the Corporation be, and it hereby is, authorized to: (i) at such time as determined by the Special Committee, file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11 of the United States Code, as amended (the "Bankruptcy Code") and (ii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing;

RESOLVED FURTHER, that the CEO be, and hereby is, authorized and empowered to execute, deliver and file, or cause to be executed, delivered and filed, on behalf of the Corporation and following determination by the Special Committee: (i) the voluntary petition pursuant to Chapter 11 of the Bankruptcy Code, (ii) a Chapter 11 Plan and disclosure Statement, and (iii) any and

all other documents necessary or appropriate in connection with the Chapter 11 case, in such form or forms as the CEO so acting may approve;

RESOLVED FURTHER, that the CEO be, and hereby is, authorized and empowered to retain, on behalf of the Corporation Hangley Aronchick Segal & Pudlin and such other attorneys and other professionals as the CEO shall deem appropriate in his judgment;

RESOLVED FURTHER, that the CEO be, and hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the CEO shall deem appropriate in his judgment to fully carry out the intent and accomplish the purposes of these resolutions;

RESOLVED FURTHER, that all of the acts and transactions of the Corporation which have been taken, caused to have been taken or made prior to the effective date of these resolutions, in connection with the matters set forth herein, are hereby ratified, confirmed and approved.

The undersigned certifies that on the above-stated date the Board duly adopted the foregoing resolutions.

(Secretary)

2