UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| PITCAIRN PROPERTIES HOLDINGS, INC.[1] | Case No. 10-12764 (PJW) |
| Debtor. | |

## CERTIFICATION OF COUNSEL REGARDING (CONTESTED) PROPOSED ORDER DISMISSING CASE

On September 3, 2010, the Court conducted a hearing (the "Hearing") on its September 2, 2010 bench issued order to show cause regarding the filing of the above-captioned chapter 11 case (the "Chapter 11 Case") by the Debtor, Pitcairn Properties Holdings, Inc. (the "Debtor").

At the Hearing, the Court considered the pleadings submitted on behalf of both the Debtor and PPH Investments, LLC, PPH Investment Management, LLC, Eric L. Blum, ELB Capital Management, LLC, FB Capital Partners, L.P., and Marsh Hawk Capital Management LLC (collectively, "PPH") and the oral and documentary evidence presented. Upon the conclusion of the Hearing, the Court ruled that the Chapter 11 Case shall be dismissed under section 1112(b) of title 11 of the United States Code.

Subsequent to the Hearing, counsel for the Debtor and PPH have conferred over the language of a proposed form of order with respect to the above ruling, but were unable to come to agreement on a proposed form of order. PPH has previously submitted its own proposed form of order. The Debtor respectfully requests the Court to enter its proposed form of order attached hereto as Exhibit 1 at its earliest convenience.

---

[1] The last four digits of the Debtor's federal tax identification number are 3452. The Debtor's address is One Pitcairn Place, 165 Township Line Road, Suite 1500, Jenkintown, PA 19046-3599.

Dated: Wilmington, Delaware          YOUNG CONAWAY STARGATT & TAYLOR, LLP
       September 7, 2010

/s/ Robert F. Poppiti, Jr.
James L. Patton, Jr. (No. 2202)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

HANGLEY ARONCHICK SEGAL & PUDLIN
James M. Matour (pro hac vice admission pending)
Matthew A. Hamermesh (pro hac vice admission pending)
One Logan Square, 27th Floor
Philadelphia, PA 19103-6933
(215) 568-6200 (phone)
(215) 568-0300 (fax)

PROPOSED ATTORNEYS FOR DEBTOR
AND DEBTOR-IN-POSSESSION

# **EXHIBIT 1**

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| PITCAIRN PROPERTIES | ) | |
| HOLDINGS, INC.,[1] | ) | Case No. 10-12764 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | Ref. Docket No. _____ |

## ORDER DISMISSING CASE

For the reasons set forth on the record at the hearing conducted by the Court on September 3, 2010, the Court hereby ORDERS that the chapter 11 case of the above-captioned debtor is hereby DISMISSED for cause under 11 U.S.C. §1112(b).

Dated: September ___, 2010

_____
Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The last four digits of the Debtor's federal tax identification number are 3452. The Debtor's address is One Pitcairn Place, 165 Township Line Road, Suite 1500, Jenkintown, PA 19046-3599.

PHIL1 1218740-1